ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STEVEN KENNETH STALEY, | § | |
|     *Petitioner,* | § | |
| | § | |
| v. | § | |
| | § | No. 4:99-CV-186-Y |
| | § | |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional | § | |
| Institutions Division, | § | |
|     *Respondent.* | § | |

### FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's first claim for relief regarding his competency to be executed is DISMISSED WITHOUT PREJUDICE as premature.

It is further ORDERED, ADJUDGED, and DECREED that all of Petitioner's other claims are DENIED.

It is further ORDERED, ADJUDGED, and DECREED that the stay of execution filed in this cause on June 23, 1999, is LIFTED.

All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

Signed September **19**, 2003.

                                                        *Terry R. Means*
                                                        TERRY R. MEANS
                                                        UNITED STATES DISTRICT JUDGE

TRM/rs